**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO GONZALEZ,

       Petitioner,

   v.

MIKE KNOWLES, Warden,

       Respondent.

_____/

No. C 04-0967 PJH

**JUDGMENT**

    Pursuant to the Order Denying Petition for Writ of Habeas Corpus signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 31, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge